IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY JOHNSON, et al, ) | Case Number:  8:05CV520 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | REASSIGNMENT ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

The Clerk's office has been advised that the parties do not consent to proceed before a United States Magistrate Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 9th day of March, 2006.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court