## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY JOHNSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:05CV520** |
| vs. | ) | |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of The Children's Hospital ("Children's") for leave to intervene (Filing 17) and Children's subsequent request that the court dismiss its request for intervention (Filing 22). Upon the representation that all claims involving Children's have been settled and Children's has no remaining justiciable interest in this case,

**IT IS ORDERED:**

1. The MOTION TO DISMISS WITH PREJUDICE MOTION FOR LEAVE OF COURT TO FILE COMPLAINT IN INTERVENTION (Filing 22) filed by The Children's Hospital is granted.

2. Children's MOTION FOR LEAVE OF COURT TO FILE COMPLAINT IN INTERVENTION (Filing 17) is denied with prejudice, as requested by Children's, with each party to bear its own costs and attorney fees in connection with such motion.

3. Counsel for Children's shall notify the Clerk of the Court if he no longer wishes to receive the electronic notices of documents filed in this case.

**DATED June 21, 2006.**

                          **BY THE COURT:**

                          s/ F.A. Gossett
                          **United States Magistrate Judge**