IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY JOHNSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:05CV520** |
| vs. | ) | |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For good cause shown, and upon the representation that plaintiffs' counsel does not object,

**IT IS ORDERED** that defendant's UNOPPOSED MOTION TO EXTEND DEFENDANT'S EXPERT WITNESS DEADLINE [31] is granted. Defendant is given until **December 8, 2006** to serve expert witness disclosures.

**DATED November 27, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**