IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:05CV520 |
| vs. | ) | |
| | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel have advised the court that they wish to mediate this dispute and request that the case be stayed pending the outcome of mediation. Upon review of the docket,

**IT IS ORDERED:**

1. This case is stayed for a period of **90 days** from the date of this order to permit the parties to participate in mediation.

2. During the period of stay, compliance with deadlines established by the progression order, responses to discovery and other proceedings shall not be required. Specifically, the final pretrial conference set for February 12, 2007 and the trial set for March 13, 2007 are cancelled pending the outcome of mediation.

3. Within **five business days** following the completion of the parties' settlement meeting, plaintiffs' counsel shall electronically file a status report advising whether the case has been settled.

4. The Clerk shall bring this file to the attention of the undersigned after **100 days** or when notified that the mediation has been completed, whichever occurs first, at which time the court will establish a new progression order, if needed.

**DATED February 9, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**