# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GARY JOHNSON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:05CV520** |
| vs. ) | |
| ) | **ORDER** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

Upon review of the Mediation Closure Notice [53] reporting that the parties reached an agreement on all issues,

**IT IS ORDERED:**

1. On or before **July 20, 2007** the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov a proposed order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

**DATED April 5, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**