IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY JOHNSON, Personal Representative of the ESTATE OF PATTI JOHNSON, Deceased, et al., | ) ) ) ) | Case No. 8:05CV520 |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

    This matter is before the court on the Unopposed Motion to Withdraw [66] filed herein by Monte L. Neilan and the law firm of Douglas, Kelly, Ostdiek, Bartels and Neilan. Upon the representation that there is no objection,

    **IT IS ORDERED** that the Unopposed Motion to Withdraw [66] filed by Monte L. Neilan and the law firm of Douglas, Kelly, Ostdiek, Bartels and Neilan, is granted. The court will stop further electronic notices to Mr. Neilan in this case.

    **DATED January 17, 2008.**

                                              **BY THE COURT:**

                                              s/ F.A. Gossett
                                              **United States Magistrate Judge**