# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY JOHNSON, Personal Representative of the Estate of Patti Johnson, Deceased, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | 8:05CV520 |
| vs. ) ) | ORDER |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

Upon review of the plaintiffs' Status Report (Doc. 69),

**IT IS ORDERED** that plaintiff's request for enlargement of time is granted, and the parties are given until **June 1, 2009** to submit dismissal documents. If dismissal documents cannot be filed, the parties shall file a written status report no later than **June 1, 2009** regarding the matters pending in state court.

**DATED January 14, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**