IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY JOHNSON, Personal Representative of the Estate of Patti Johnson, Deceased, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )  8:05CV520 |
| vs. | )  ORDER |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Upon review of the plaintiffs' Status Report (Doc 71),

**IT IS ORDERED** that plaintiff's request for enlargement of time is granted, and the parties are given until **August 31, 2009** to submit dismissal documents. If dismissal documents cannot be filed, the parties shall file a written status report no later than **August 31, 2009** regarding the matters pending in state court.

**DATED June 2, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**