# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY JOHNSON, Personal Representative of the Estate of Patti Johnson, Deceased, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV520 |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

Upon review of the plaintiffs' Status Report (Doc. 75),

**IT IS ORDERED** that the parties are given until February 1, 2010 to submit dismissal documents. If dismissal documents cannot be filed, the parties shall file a written status report no later than February 1, 2010.

**DATED December 30, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**