IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY JOHNSON, Personal Representative of the Estate of PATTI JOHNSON, Deceased,** | ) ) ) ) ) | **CASE NO. 8:05CV520** |
| **and** | ) ) | |
| **GARY JOHNSON, Individually,** | ) ) | **ORDER** |
| **and** | ) ) | |
| **VICTORIA JOHNSON, a minor, by and through her next friend, natural parent, and guardian, Gary Johnson,** | ) ) ) ) ) | |
| **and** | ) ) | |
| **MONICA JOHNSON, a minor, by and through her next friend, natural parent, and guardian, Gary Johnson,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **THE UNITED STATES OF AMERICA,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion and the Court's previous order approving the settlement (Filing No. 79). The order states that, after execution of the Stipulation for Compromise and the United States' payment of the settlement amount, the Plaintiffs must file a dismissal with prejudice.

IT IS ORDERED that the United States file a status report no later than March 25, 2010.

DATED this 19th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge