IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY JOHNSON, Personal Representative of the Estate of PATTI JOHNSON, Deceased, <br><br>and<br><br>GARY JOHNSON, Individually,<br><br>and<br><br>VICTORIA JOHNSON, a minor, by and through her next friend, natural parent, and guardian, Gary Johnson,<br><br>and<br><br>MONICA JOHNSON, a minor, by and through her next friend, natural parent, and guardian, Gary Johnson,<br><br>     Plaintiffs,<br><br> v.<br><br>THE UNITED STATES OF AMERICA,<br><br>     Defendant. | CASE NO. 8:05CV520<br><br><br><br><br>ORDER &<br>FINAL JUDGMENT |

  This matter is before the Court on the parties' joint Stipulation and Motion for Dismissal with Prejudice (Filing No. 82). The Court concludes that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii) and should be approved. The parties will bear their own costs and attorney fees, complete record waived. Accordingly,

  IT IS ORDERED:

  1. The joint stipulation and motion for dismissal (Filing No. 82) is approved;

  2. The Complaint is hereby dismissed, with prejudice; and

3. The parties will pay their own costs and attorney fees, complete record waived.

DATED this 23rd day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge